## STATE V. WAY.

*Habeas Corpus.*

(Decided March 2, 1907.)

APPEAL from Morgan Circuit Court.

Heard before Hon. D. W. SPEAKE.

ALEXANDER M. GARBER, Attorney General, and CALLA-HAN & HARRIS, for the State.

WERT & WERT, and BROWN & KYLE, for appellee.

Opinion by DOWDELL, J.

Affirmed.

HARALSON, ANDERSON, DENSON and MCCLELLAN, JJ., concur.